MARION O. KILPATRICK et al., Respondents, v. HECTOR MAYA et al., Appellants.—

Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

LUISA VEGA, Appellant, v. ADOLPH ROTH, INC., Respondent.—

Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.